UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMEL GIBBS, | Case No. 2:22-cv-01567-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| GABRIELA NAJERA, et al., | |
| Respondents. | |

Jamel Gibbs has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF Nos. 1-1, 1-2). He has filed an application to proceed *in forma pauperis* but he has failed to include the required signed financial certificate and inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 60 days to either (1) pay the $5.00 filing fee or (2) submit a completed and signed financial certificate and the required inmate account statements. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE** ordered that within **60 days** of the date of this order petitioner must either pay the $5.00 filing fee or submit a financial certificate and inmate account statements.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court **SEND** to petitioner one copy of the application to proceed *in forma pauperis* for incarcerated persons, with instructions.

DATED: 25 October 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE